# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                      :        NO. 679
                                            :
ORDER  AMENDING RULES 1910.16-2,            :        CIVIL PROCEDURAL RULES
1910.16-4 AND 1910.16-7 OF THE              :
PENNSYLVANIA RULES OF                       :        DOCKET
CIVIL PROCEDURE                             :


## ORDER


**PER CURIAM**

    **AND NOW**, this 9th day of February, 2018, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3) in the interest of efficient administration:

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1910.16-2, 1910.16-4 and 1910.16-7 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on April 1, 2018.


Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.